# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-536
Lower Tribunal No. 19-CA-7281

_____

DOUGLAS HANNAH,

Appellant,

v.

MALK HOLDINGS, LLC,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

February 23, 2024

PER CURIAM.

Douglas Hannah appeals a final judgment as to attorneys' fees and costs in favor of Malk Holdings, LLC.[1]  The parties agree that we must reverse and should contemporaneously issue the mandate here because we reversed the underlying civil theft judgment in *Hannah v. Malk Holdings, LLC*, 368 So. 3d 1087 (Fla. 6th DCA

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

2023).  Therefore, we reverse the final judgment and direct the Clerk of this Court to contemporaneously issue the mandate.

REVERSED; MANDATE TO ISSUE CONTEMPORANEOUSLY.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Christopher D. Donovan, of Donovan Appellate Law, PLLC, Bonita Springs, for Appellant.

Jonathan B. Sbar, Andrea K. Holder, and Jodi L. Corrigan, of Rocke, McLean & Sbar, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED